**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1038

STATE OF NORTH CAROLINA ex rel. ROY COOPER,
Attorney General,

Plaintiffs - Appellees,

versus

TIARI EL & ASSOCIATES INDIGENOUS LAW FIRM;
ANNIE LAURENCE BARBER, a/k/a Annie Barber
Williams, a/k/a Anewa Shapheem Tiari-El; ROSA
L. BARBER, a/k/a Rasheeda Shapheem-El; RALPH
HAMMOND, a/k/a Nasir Hassan Bey; HAMMOND'S &
ASSOCIATES, INC.,

Defendants - Appellants,

LORD NOBLE, DREW SHARREFF, EL,

Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (CA-03-789-F-5)

Submitted:  May 27, 2004          Decided:  June 2, 2004

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lord Noble, Drew Sharreff, El, Appellant Pro Se.  Harriet Farthing
Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lord Noble, Drew Sharreff, El appeals the district court's order dismissing his request to remove a civil case from an unspecified North Carolina Superior Court to the district court for failure to comply with the requirements of 28 U.S.C. § 1446 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See North Carolina v. Tiari El & Assocs. Indigenous Law Firm, No. CA-03-789-F-5 (E.D.N.C. Dec. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -